UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60830-RAR (and all related actions)

**ARIANA SKURAUSKIS**, *et al.*,
*on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

**NATIONSBENEFITS HOLDINGS, LLC**, *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

**THIS CAUSE** came before the court for a Joint Case Management Conference on July 24, 2023 held in the following cases, all of which present the same subject matter and arise out of the same data breach: Case No. 23-cv-60830; Case No. 23-cv-60846; Case No. 23-cv-60877; Case No. 23-cv-60885; Case No. 23-cv-60891; Case No. 23-cv-60927; Case No. 23-cv-60949; Case No. 23-cv-60950; Case No. 23-cv-60951;[1] Case No. 23-cv-60976; Case No. 23-cv-61014; Case No. 23-cv-61089; Case No. 23-cv-61141; Case No. 23-cv-61209; Case No. 23-cv-61301; Case No. 23-cv-61325; and Case No. 23-cv-61373.  The Court, having heard from the parties and reviewed the record, it is

**ORDERED AND ADJUDGED** as follows:

1.    As discussed on the record at the Joint Case Management Conference, the Unopposed Motion to Consolidate Cases, [ECF No. 12], filed in Case No. 23-cv-60830 is **GRANTED**.  The above-referenced actions are hereby **CONSOLIDATED**.  The parties are instructed to file all future pleadings under **Case No. 23-cv-60830** ("Consolidated Action").

---

[1] Case No. 23-cv-61107 was previously consolidated with Case No. 23-cv-60951.

2. The Clerk of Court is instructed to **CLOSE Case No. 23-cv-60846; Case No. 23-cv-60877; Case No. 23-cv-60885; Case No. 23-cv-60891; Case No. 23-cv-60927; Case No. 23-cv-60949; Case No. 23-cv-60950; Case No. 23-cv-60951; Case No. 23-cv-60976; Case No. 23 cv-61014; Case No. 23-cv-61089; Case No. 23-cv-61141; Case No. 23-cv-61209; Case No. 23-cv-61301; Case No. 23-cv-61325; and Case No. 23-cv-61373** for administrative purposes only.

3. Plaintiffs shall file a Consolidated Complaint on or before **August 23, 2023**.

4. On or before **August 3, 2023**, Plaintiffs shall move to dismiss or sever the claims against Defendants Fortra, LLC and Santa Clara Family Health Plan or file a notice advising that Plaintiffs will continue to pursue these claims in the Consolidated Action.

5. All counsel of record who have already appeared in any of the above-referenced actions shall be deemed admitted for purposes of the Consolidated Action and need not file successive motions to appear *pro hac vice*.

6. Counsel for all parties shall appear for a status conference via Zoom on **August 30, 2023 at 1:00 P.M.** Counsel may access the Zoom status conference at:

Join ZoomGov Meeting:
https://www.zoomgov.com/j/1614800437?pwd=TUg3SC9yZXBQeWhYTUFJR3ZDZUQwZz09

Meeting ID: 161 480 0437
Passcode: 814682

**DONE AND ORDERED** in Miami, Florida this 24th day of July, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**